1038

[No. 41715-4-II.   Division Two.   January 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DELWYN JAMES GIBBONS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-00681-8, Diane M. Woolard, J., entered January 6, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 42144-5-II.   Division Two.   January 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY ELIZABETH UPTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00356-3, S. Brooke Taylor and Kenneth D. Williams, JJ., entered May 18, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Van Deren, JJ.

[No. 42621-8-II.   Division Two.   January 8, 2013.]

THE STATE OF WASHINGTON, *Petitioner*, v. ANDRE CHRISTOPHER WATKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-01065-3, Rosanne Buckner, J., entered September 23, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.